*Rivers Buford,* Attorney General, for the Motion.

---

The State of Florida ex rel. Robert Thompson, Plaintiff in Error, v. Louis A. Allen, Sheriff of Dade County, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Dade.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the Motion.

---

C. F. Bannister, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to the Criminal Court of Record for the County of Dade.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the Motion.